UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Joseph James Pitroliere<br>Plaintiff,<br>v.<br>County of Riverside; Deputy John Doe 1; Dr. John Doe 2; John Does 3-20,<br>Defendants. | Case No. 5:26-CV-00103<br><br>**ORDER OF DISMISSAL** |

The Court has reviewed the parties' Stipulation for Dismissal. It is hereby ordered dismissing this matter *without prejudice*, all parties to be responsible for their own fees and costs.

**IT IS SO ORDERED.**

Dated: September 4, 2026

HONORABLE KENLY KIYA KATO
United States District Judge